# UNITED STATES DISTRICT COURT

Western District of North Carolina

Asheville Division

| | |
|---|---|
| DAVID GORDON OPPENHEIMER<br><br>*Plaintiff(s)*<br>v.<br><br>HIGHHLAND FALLS COUNTRY CLUB, INC.<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-133 |

## SUMMONS IN A CIVIL ACTION

TO:

*Orville D. Coward, Jr., Registered Agent*
Highland Falls Country Club, Inc.
9 West Main Street
Franklin, NC 28734-3005 or wherever he/it may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana A. LeJune
7 Orchard Street, Ste. 200
Asheville, North Carolina 28802
828-774-5800
dlejune@triallawyers.net



Katherine Hord Simon, Clerk
United States District Court

Date 04/30/2024

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: